IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH EARL CORNELIUS ) | |
| ) | |
| V. ) | 3-05-CV-1654-M |
| ) | |
| BILL HILL, Dallas County District ) | |
| Attorney, et al ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Court notes, however, that the Defendant named Brad Lollard, is actually "Brad Lollar."

SO ORDERED this 9th day of January, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE